146 A.3d 459

ATTORNEY GRIEVANCE COMMISSION
OF MARYLAND Petitioner

v.

**Robert Paul PRATZ Respondent**

**Misc. Docket AG No. 24, Sept. Term, 2016**

Court of Appeals of Maryland.

September 22, 2016

## ORDER

This matter came before the Court on Joint Petition of the Attorney Grievance Commission and the Respondent, Robert Paul Pratz to indefinitely suspend the Respondent from the practice of law with the right to reapply in one year, provided restitution is paid in full, for violations of Rules 1.1, 1.3, 1.5, 1.8(h), 1.15, 1.16(d), 8.4(a) and 8.4(d) of the Maryland Lawyers' Rules of Professional Conduct, in effect at the time of misconduct. The Court having considered the Joint Petition, it is this 22nd day of September, 2016;

ORDERED, by the Court of Appeals of Maryland, that Respondent, Robert Paul Pratz, be and he is hereby indefi-

---

nitely suspended from the practice of law in the State of Maryland with the right to reapply in one year; and it is further

ORDERED, that the Clerk of this Court shall remove the name of Robert Paul Pratz from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).